John Gigounas  SBN (42822)
Gerald A. Holmes SBN (59515)
100 Pine Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 391-4900
Facsimile: (415) 296-7894
john@gigounaslaw.com

Attorneys for Debtor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICO SERVICES INC., | Case No.: CV-08-0800 SC |
| Plantiff and Counterdefendant, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant and Counterclaimant. | |

### **CERTIFICATE OF SERVICE**

I, Katie Ramos, declare:

I am employed in the City and County of San Francisco, State of California.  I am over the age of eighteen and not a party to nor interested in the within action.  My business address is 100 Pine Street, Suite 750, San Francisco, California 94111.  On February 11, 2008, I served a true and correct copy of the within:

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

via U.S. Mail to the addressee as follows:

Law Offices of
Simpson & Gigounas
100 Pine Street #750
San Francisco, CA
94111
(415) 391-4900

CERTIFICATE OF SERVICE

1

1  Office of Chief Counsel (SBSE)
   Thomas M. Rohall, Esq.
2  4330 Watt Ave., Suite 470
   Stop No. SA 2801
3  Sacramento, CA 95821-7012

4
   G. Patrick Jennings, Esq.
5  Adair F. Boroughs, Esq.
   Trial Attorney, Tax Division
6  U.S. Department of Justice
   PO Box 683, Ben Franklin Station
7  Washington, D.C. 20044-0683

8

9  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than
10 one day after date of deposit for mailing in affidavit.

11       I declare under penalty of perjury under the laws of the State of California that the

12 foregoing is true and correct.

13       Executed at San Francisco, California, this 11th day of February 2008.

14

15
                                              /s/ Katie L. Ramos
16                                            Katie L. Ramos

17

18

19

20

21

22

23

24

25

26

27

28

*Law Offices of*
*Simpson & Gigounas*
*100 Pine Street #750*
*San Francisco, CA 94111*
(415) 391-4900

2

**NOTICE OF CHANGE OF STATUS CONFERENCE**