1  John Gigounas SBN (42822)
2  Gerald A. Holmes SBN (59515)
   100 Pine Street, Suite 750
3  San Francisco, CA 94111
   Telephone: (415) 391-4900
4  Facsimile: (415) 296-7894
   john@gigounaslaw.com
5
6  Attorneys for Debtor

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE                                     )
                                               )
12  DEAN GORDON POTTER,                        )   Case No. C 07-04826 CW
                                               )
13        Debtor                               )
                                               )
14  _____     )
                                               )
15  UNICO SERVICES INC.,                       )
                                               )   Case No.: C 08-00800 CW
16        Plantiff and Counterdefendant,       )
                                               )   **CERTIFICATION OF INTERESTED**
17        v.                                   )   **ENTITIES OR PERSONS [LOCAL**
                                               )   **RULE 3-16]**
18  UNITED STATES OF AMERICA,                  )
                                               )
19        Defendant and Counterclaimant.       )
                                               )
20

21        Dean Gordon Potter and UNICO Services Inc., pursuant to Local Rule 3-16, certifiy that

22  they know of no entity or person which has any financial interest (of any kind) in the subject

23  matter in controversy or in a party to the proceeding or any other kind of interest that could be

24  substantially affected by the outcome of the proceeding other than the named parties to this

25  action.

26  Dated: February 14, 2008                       /s/ John Gigounas
                                                   John Gigounas
27                                                 Counsel for UNICO Services Inc.

28

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1  John Gigounas SBN (42822)
   Gerald A. Holmes SBN (59515)
2  100 Pine Street, Suite 750
   San Francisco, CA 94111
3  Telephone: (415) 391-4900
4  Facsimile: (415) 296-7894
   john@gigounaslaw.com
5
   Attorneys for Debtor
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE                              )
                                       )
12  DEAN GORDON POTTER,                )   Case No. C 07-04826 CW
                                       )
13       Debtor                        )
                                       )
14  _____)
                                       )
15  UNICO SERVICES INC.,               )
                                       )   Case No.: C 08-00800 CW
16       Plantiff and Counterdefendant,)
                                       )   **CERTIFICATE OF SERVICE**
17            v.                       )
                                       )
18  UNITED STATES OF AMERICA,          )
                                       )
19       Defendant and Counterclaimant.)
    _____)
20

21              **CERTIFICATE OF SERVICE**

22       I, Katie Ramos, declare:

23       I am employed in the City and County of San Francisco, State of California. I am over
    the age of eighteen and not a party to nor interested in the within action. My business address is
24  100 Pine Street, Suite 750, San Francisco, California 94111. On February 14, 2008, I served a
    true and correct copy of the within:
25

26  **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [LOCAL RULE 3-16]**

27

28

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1  via U.S. Mail to the addressee as follows:

2  Thomas Moore, Esq.
   Assistant United States Attorney
3  Chief, Tax Division
   9th Floor Federal Building
4  450 Glden Gate Avenue, Box 36055
5  San Francisco, CA 94102

6  Thomas M. Rohall, Esq.
   Special Assistant U.S. Attorney
7  4330 Watt Ave., Suite 470
   Stop No. SA 2801
8  Sacramento, CA 95821-7012

9
   G. Patrick Jennings, Esq.
10 Adair F. Boroughs, Esq.
   Trial Attorney, Tax Division
11 U.S. Department of Justice
   PO Box 683, Ben Franklin Station
12 Washington, D.C. 20044-0683

13
   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited
14 with the United States Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of
   business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than
   one day after date of deposit for mailing in affidavit.
15
         I declare under penalty of perjury under the laws of the State of California that the
16
   foregoing is true and correct.
17
         Executed at San Francisco, California, this 14th day of February 2008.
18

19                                          /s/ Katie L. Ramos
                                            Katie L. Ramos
20

21

22

23

24

25

26

27

28

*Law Offices of*
*Simpson & Gigounas*
*100 Pine Street #750*
*San Francisco, CA 94111*
(415) 391-4900

2

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**