1  JOSEPH P. RUSSONIELLO (Cal Bar. 44332)
   United States Attorney
2
   THOMAS MOORE (ASB 4305-078T)
3  Assistant U.S. Attorney
   Chief, Tax Division
4
   G. PATRICK JENNINGS
5  ADAIR F. BOROUGHS
   Trial Attorneys, Tax Division
6  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
7  Washington, D.C.  20044-0683
   Telephone:     (202) 307-6648
8  Facsimile:     (202) 307-0054
   E-mail:        guy.p.jennings@usdoj.gov
9
   THOMAS M. ROHALL (Wash. St. Bar No. 12201)
10 Special Trial Counsel, Tax Division
   U.S. Department of Justice
11 4330 Watt Ave., Suite 470
   Stop No. SA 2801
12 Sacramento, CA 95821-7012
   Tel No. (916) 974-5700
13 Fax No. (916) 974-5732

14 Attorneys for United States of America

15
                    IN THE UNITED STATES DISTRICT COURT
16
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
17
                              OAKLAND DIVISION
18

| | |
|---|---|
| In re: | Case No. C-07-4826-CW |
| DEAN GORDON POTTER, | |
| Debtor. | |
| | Case No. C-08-00800-CW |
| UNICO SERVICES INC., | |
| Plaintiff, | **STIPULATION AND REQUEST FOR ORDER CONSOLIDATING CASES** |
| vs | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The United States of America, on behalf of its agency, the Internal Revenue Service (the United States or the Service), by and through its undersigned attorneys, the Plaintiff, Unico Services Inc. (Unico) and the debtor, Dean Gordon Potter (debtor), by and through their undersigned attorneys hereby stipulate to the following:

### *RECITALS*

(1). The debtor filed his chapter 11 petition with the United States Bankruptcy Court on December 12, 2006.

(2). On April 9, 2007, debtor filed an adversary proceeding seeking a tax refund. *Potter v. United States*, Adv. No. 07-04066-LT (Bankr. N.D. Cal.) The adversary proceeding seeks a refund of individual income tax in the amount of $358,054 for the taxable year ending December 31, 1998. The adversary proceeding relates to an Offshore Employee Leasing Arrangement which involved Potter and Unico Services, Inc. ("OEL Arrangement").

(3). On May 29, 2007, Unico filed a complaint seeking a refund of employment taxes in the United States District Court for the Eastern District of California. *Unico Services Inc. v. United States*, case no. 2:07-CV-01009-MCE-KJM (E.D. Cal.). The claims in the Unico case also arise out of the OEL Arrangement.

(4). On September 7, 2007, the United States filed a Motion to Withdraw the Reference and to Transfer Venue to The Eastern District of California with the United States Bankruptcy Court for the Northern District of California.

(5). Pursuant to Bankruptcy Local Rule 5011-2(a) the United States Motion was transmitted to the District Court for decision. The District Court granted the withdrawal of the reference and denied the transfer of venue, without prejudice.

(6). On December 21, 2007, the United States filed a Motion to Transfer Venue with the United States District Court for the Eastern District of California. The Motion sought to transfer venue as to the Unico refund case to the Northern District. The District Court for the Eastern District of California, the Honorable Morrison C. England, Jr. Presiding, granted the United States Motion to Transfer Venue holding that "the interest of justice will be better served if this case and the Potter Federal Tax Disputes are resolved in one forum."

1  (7). On February 6, 2008, the United States filed a Notice of Related Case pursuant to Civil Local Rule 3-13 identifying the transferred Unico refund suit as a related case. On February 12, 2008, this Court entered its Order entitled "Related Case Order" finding that the debtor's case is related to the Unico refund suit.

## *STIPULATION*

(8). The parties stipulate that for purposes of Rule 42(a) of the Federal Rules of Civil Procedure there are common issues of law and fact present in both cases, such that consolidation of the two cases is warranted for all purposes, including but not limited to discovery, pre-trial, trial, post-trial, and appeal.

(9). The parties request that the Court enter an Order consolidating these cases pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. A proposed Order is submitted herewith.

Dated: February 20, 2008          JOSEPH P. RUSSONIELLO
                                  United States Attorney

                                  THOMAS MOORE
                                  Assistant U.S. Attorney
                                  Chief, Tax Division

                              By: /s/ G. Patrick Jennings
                                  G. PATRICK JENNINGS
                                  Trial Attorneys, Tax Division
                                  United States Department of Justice
                                  P.O. Box 683, Ben Franklin Station
                                  Washington, D.C. 20044-0683
                                  (202) 307-6648

                                  Attorneys for the United States

Dated: February 19, 2008           /s/ John Gigounas
                                  JOHN GIGOUNAS
                                  Law Offices of John Gigounas
                                  100 Pine Street, Suite 750
                                  San Francisco, CA 94111-5207
                                  (415) 391-4900

                                  Attorneys for Debtor and Unico

1 | JOSEPH P. RUSSONIELLO (Cal Bar. 44332)
United States Attorney
2
THOMAS MOORE (ASB 4305-078T)
3 | Assistant U.S. Attorney
Chief, Tax Division
4
G. PATRICK JENNINGS
5 | ADAIR F. BOROUGHS
Trial Attorneys, Tax Division
6 | U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
7 | Washington, D.C. 20044-0683
Telephone:   (202) 307-6648
8                    (202) 305-7546
Facsimile:    (202) 307-0054
9 | E-mail:       guy.p.jennings@usdoj.gov
                 adair.f.boroughs@usdoj.gov
10
THOMAS M. ROHALL (Wash. St. Bar No. 12201)
11 | Special Trial Counsel, Tax Division
U.S. Department of Justice
12 | 4330 Watt Ave., Suite 470
Stop No. SA 2801
13 | Sacramento, CA 95821-7012
Tel No. (916) 974-5700
14 | Fax No. (916) 974-5732

15 | Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>DEAN GORDON POTTER,<br><br>        Debtor. | Case No. C-07-4826-CW |
| UNICO SERVICES INC.,<br><br>        Plaintiff,<br><br>vs<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. C-08-00800-CW<br><br>**ORDER CONSOLIDATING CASES** |

Upon the stipulation of the parties, and for good cause shown,

IT IS ORDERED THAT pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *In re: Dean Gordon Potter*, Case No. C-07-4826-CW, and *Unico Services, Inc., v. United States*, Case No. C-08-00800-CW, are hereby consolidated for all proceedings before this Court, including but not limited to discovery, pre-trial, trial, post-trial, and appeal.

IT IS FURTHER ORDERED THAT all new filings for these consolidated cases be made in the lead case *In re: Dean Gordon Potter*, Case No. C-07-4826-CW.

DATED this ____ day of _____, 2008.

```
                                    _____
                                    Claudia Wilken,
                                    United States District Judge
```

Agreed.

Dated: February 20, 2008         By: /s/ G. Patrick Jennings
                                     G. PATRICK JENNINGS
                                     Trial Attorneys, Tax Division
                                     United States Department of Justice
                                     P.O. Box 683, Ben Franklin Station
                                     Washington, D.C. 20044-0683
                                     (202) 307-6648

                                     Attorneys for the United States

Dated: February 19, 2008          /s/ John Gigounas
                                     JOHN GIGOUNAS
                                     Law Offices of John Gigounas
                                     100 Pine Street, Suite 750
                                     San Francisco, CA 94111-5207
                                     (415) 391-4900

                                     Attorneys for Debtor and Unico

1  JOSEPH P. RUSSONIELLO (Cal Bar. 44332)
   United States Attorney
2
   THOMAS MOORE (ASB 4305-078T)
3  Assistant U.S. Attorney
   Chief, Tax Division
4
   G. PATRICK JENNINGS
5  ADAIR F. BOROUGHS
   Trial Attorneys, Tax Division
6  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
7  Washington, D.C.  20044-0683
   Telephone:    (202) 307-6648
8                (202) 305-7546
   Facsimile:    (202) 307-0054
9  E-mail:       guy.p.jennings@usdoj.gov
                 adair.f.boroughs@usdoj.gov
10
   THOMAS M. ROHALL (Wash. St. Bar No. 12201)
11 Special Trial Counsel, Tax Division
   U.S. Department of Justice
12 4330 Watt Ave., Suite 470
   Stop No. SA 2801
13 Sacramento, CA 95821-7012
   Tel No. (916) 974-5700
14 Fax No. (916) 974-5732

15 Attorneys for United States of America

16                IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                          OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. C-07-4826-CW |
| DEAN GORDON POTTER, | |
| Debtor. | |
| UNICO SERVICES INC., | Case No. C-08-00800-CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

1  IT IS HEREBY CERTIFIED that service of the following documents:

2      1.    **STIPULATION AND REQUEST FOR ORDER CONSOLIDATING CASES**

3      2.    [proposed] **ORDER CONSOLIDATING CASES**

4      3.    **CERTIFICATE OF SERVICE** [copy]

5  has been made this 21st day of February, 2008, by sending copies thereof by ECF and U.S. Mail to:

JOHN GIGOUNAS
Law Offices of John Gigounas
100 Pine Street, Suite 750
San Francisco, CA 94111-5207

Attorneys for Plaintiff Unico

/s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice

- 2 -