JOSEPH P. RUSSONIELLO (Cal Bar. 44332)
United States Attorney

THOMAS MOORE (ASB 4305-078T)
Assistant U.S. Attorney
Chief, Tax Division

G. PATRICK JENNINGS
ADAIR F. BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:    (202) 307-6648
              (202) 305-7546
Facsimile:    (202) 307-0054
E-mail:       guy.p.jennings@usdoj.gov
              adair.f.boroughs@usdoj.gov

THOMAS M. ROHALL (Wash. St. Bar No. 12201)
Special Trial Counsel, Tax Division
U.S. Department of Justice
4330 Watt Ave., Suite 470
Stop No. SA 2801
Sacramento, CA 95821-7012
Tel No. (916) 974-5700
Fax No. (916) 974-5732

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. C-07-4826-CW |
| DEAN GORDON POTTER, | |
| Debtor. | |
| UNICO SERVICES INC., | Case No. C-08-00800-CW |
| Plaintiff, | |
| vs | **ORDER CONSOLIDATING CASES** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

1
2   Upon the stipulation of the parties, and for good cause shown,
3   IT IS ORDERED THAT pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *In re:*
4   *Dean Gordon Potter*, Case No. C-07-4826-CW, and *Unico Services, Inc., v. United States*, Case No. C-
5   08-00800-CW, are hereby consolidated for all proceedings before this Court, including but not limited
6   to discovery, pre-trial, trial, post-trial, and appeal.
7   IT IS FURTHER ORDERED THAT all new filings for these consolidated cases be made in the
8   lead case *In re: Dean Gordon Potter*, Case No. C-07-4826-CW.
9
10  DATED this 10th day of March, 2008.
11
12                                              _____
                                                Claudia Wilken,
13                                              United States District Judge
14
    Agreed.
15
    Dated: February 20, 2008          By:  /s/ G. Patrick Jennings
16                                         G. PATRICK JENNINGS
                                           Trial Attorneys, Tax Division
17                                         United States Department of Justice
                                           P.O. Box 683, Ben Franklin Station
18                                         Washington, D.C. 20044-0683
                                           (202) 307-6648
19
                                           Attorneys for the United States
20
    Dated: February 19, 2008               /s/ John Gigounas
21                                         JOHN GIGOUNAS
                                           Law Offices of John Gigounas
22                                         100 Pine Street, Suite 750
                                           San Francisco, CA 94111-5207
23                                         (415) 391-4900
24                                         Attorneys for Debtor and Unico
25
26
27
28