IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICO SERVICES INC,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant.<br>_____/ | No. 08-00800 CW<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

    On March 10, 2008, the above-captioned case was consolidated for all further proceedings with C-07-4826 CW, <u>In re Dean Gordon Potter</u>. Accordingly,

    IT IS HEREBY ORDERED that:

    There appears to be no further reason at this time to maintain this case as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Dated:    12/10/08

                                         *Claudia Wilken*
                                       CLAUDIA WILKEN
                                       United States District Judge